Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of articles of carbon similar in all material respects to those the subject of *Morganite, Inc.* v. *United States* (29 Cust. Ct. 76, C. D. 1448), the claim of the plaintiff was sustained.

**No. 57345.**—Morganite, Inc. v. United States, protests 191248–K, etc. (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of articles of carbon similar in all material respects to those the subject of *Morganite, Inc.* v. *United States* (29 Cust. Ct. 76, C. D. 1448), the claim of the plaintiff was sustained.

**No. 57346.**—Famous Merchandise Co., Inc. v. United States, protest 198191–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

**No. 57347.**—The Norport Company, Inc. v. United States, protest 198634–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

**No. 57348.**—E. M. Grajew Wool Company, Inc. v. United States, protest 198670–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.

**No. 57349.**—Mitteldorfer Straus, Inc. v. United States, protest 198710–K (New York).

Opinion by JOHNSON, J. From an examination of the papers in the case the court was unable to find anything to overcome the presumption of correctness of the collector's classification. The protest was therefore overruled.